WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Benjamin T. Nicholson #239893
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: ben.nicholson@mccormickbarstow.com

District Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　　　Debtor. | CASE NO. 17-13797<br><br>Chapter 9 |
| SPECIALTY LABORATORIES, INC., a California corporation<br><br>　　　　Plaintiff,<br>v.<br><br>HCCA TULARE REGIONAL MEDICAL CENTER, et al.<br><br>　　　　Defendants. | Adv. No.: 18-01014<br><br>**NOTICE OF SETTLEMENT**<br><br>Date: September 26, 2018<br>Time: 1:30 p.m.<br>Place: 2500 Tulare Street<br>　　　　Fresno, CA 93721<br>　　　　Courtroom 13<br>Judge: Honorable René Lastreto II |

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

---

Notice of Settlement　　　　- 1 -　　　　M:\S-U\TRMC\PLEADINGS\Adversary Proceedings\Specialty Laboratories v. HCCA, Tulare Regional Medical Center\Notice.Settlement.092118.gaa.docx

TULARE LOCAL HEALTH CARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, respectfully comes before the Court to announce that the above-captioned adversary proceeding has been settled and is in the process of being documented.

Counsel for the Debtor will appear on September 26, 2018 at 1:30 p.m. to inform the Court accordingly and request that the subject adversary proceeding status conference be continued for approximately 45 days so that the necessary paperwork can be circulated for signature.

WHEREFORE, the Debtor prays that the Court be apprised accordingly and seeks such other relief as is just and proper.

Dated:  September 21, 2018

WALTER WILHELM LAW GROUP,
A Professional Corporation

By: *Riley C. Walter*
Riley C. Walter, Attorneys for
Debtor, Tulare Local Healthcare District,
dba Tulare Regional Medical Center